

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00657-CV

**DTND SIERRA INVESTMENT, LLC**,
Appellant

v.

**HSBC BANK USA, NATIONAL ASSOCIATION**,
as Successor Trustee to Wells Fargo Bank, N.A.,
as Trustee for Bear Stearns Mortgage Funding Trust 2006-AC1,
Asset-Backed Certificates, Series 2006-AC1,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00165
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, HSBC Bank SA, National Association, recover its costs of this appeal from appellant, DTND Sierra Investment, LLC.

SIGNED June 15, 2016.

_____
Rebeca C. Martinez, Justice